SCOTT N. JOHNSON, ESQ., SBN 166952
DISABLED ACCESS PREVENTS INJURY, INC.
5150 FAIR OAKS BLVD., SUITE 101
PMB #253
CARMICHAEL, CA 95608-5758
TELEPHONE (916) 485-3516
FAX (916) 481-4224
E-MAIL scottnjohnson@comcast.net

Attorney for Plaintiff Scott N. Johnson

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Scott N. Johnson,<br><br>      Plaintiff,<br><br>vs.<br><br><br>Massod Soltani, et al,<br><br><br><br>      Defendants | Case No.: CIV.S 10-cv-00490-LKK-JFM<br><br>**PLAINTIFF'S REQUEST FOR DISMISSAL OF MASSOD SOLTANI AND ORDER**<br><br><br>Complaint Filed:  FEBRUARY 28, 2010<br><br>**CASE TO BE REMAINED OPEN WITH REMAINING DEFENDANTS** |

**IT IS HEREBY REQUESTED** by Plaintiff, Scott N. Johnson, that Defendant (Massod Soltani) be and is hereby dismissed **WITHOUT PREJUDICE** pursuant to FRCP 41 (a)(2). This case is to be remained open with remaining Defendants.  Defendant (Massod Soltani) is dismissed because Plaintiff cannot achieve proper service on this Defendant.

Dated: April 22, 2010                      /s/Scott N. Johnson
                                                             SCOTT N. JOHNSON
                                                            Attorney for Plaintiff

PDF created with pdfFactory trial version www.pdffactory.com

1  **IT IS SO ORDERED**.

2

3  Dated:  April 26, 2010

4

5  _____
LAWRENCE K. KARLTON
6  SENIOR JUDGE
UNITED STATES DISTRICT COURT
7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

2

PLAINTIFF'S REQUEST FOR DISMISSAL and Proposed ORDER
CIV: S-10-00490-LKK-JFM

PDF created with pdfFactory trial version www.pdffactory.com