SCOTT N. JOHNSON, ESQ., SBN 166952
DISABLED ACCESS PREVENTS INJURY, INC.
5150 FAIR OAKS BLVD., SUITE 101
PMB #253
CARMICHAEL, CA 95608-5758
TELEPHONE (916) 485-3516
FAX (916) 481-4224
E-MAIL scottnjohnson@comcast.net

Attorney for Plaintiff Scott N. Johnson

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Scott N. Johnson | Case No.: CIV.S 10-cv-00490-LKK-JFM |
| Plaintiff, | **PLAINTIFF'S REQUEST FOR DISMISSAL OF DEFENDANT SMD PETROLEUM, LLC AND ORDER** |
| vs. | |
| | Complaint Filed: FEBRUARY 28, 2010 |
| Massod Soltani, et al, | |
| | **CASE TO REMAIN OPEN WITH REMAINING DEFENDANTS** |
| Defendants | |

**IT IS HEREBY REQUESTED** by Plaintiff, Scott N. Johnson, that Defendant (SMD Petroleum, LLC) be and is hereby dismissed **WITHOUT PREJUDICE** pursuant to FRCP 41 (a)(2). This case is to remain open with remaining Defendants. On April 30, 2010, Attorney, David P. Ritzinger, had filed an answer on behalf of Defendant SMD Petroleum, Inc. only; however, the docket for this action shows that Defendants SMD Petroleum, Inc. and SMD Petroleum, LLC are represented by David P. Ritzinger. Defendant, SMD Petroleum, LLC, should be dismissed because Plaintiff cannot achieve proper service on this Defendant, please

1 | see docket number 5 re: Summons Returned Unexecuted.

3 | Dated: July 2, 2010            /s/Scott N. Johnson_____
                                                  SCOTT N. JOHNSON
                                                  Attorney for Plaintiff

**IT IS SO ORDERED**.

Dated:   July 6, 2010

/s/ Lawrence K. Karlton
LAWRENCE K. KARLTON
SENIOR JUDGE
UNITED STATES DISTRICT COURT